**STATE of Missouri, Respondent,**

**v.**

**Jeffery Clinton FORD, Appellant.**

**WD 77338**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 21, 2015

Laura Martin, Kansas City, MO, Counsel for Appellant.

Rachel Flaster, Jefferson City, MO, Counsel for Respondent.

Before Division One: James Edward Welsh, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Jeffery Clinton Ford appeals the circuit court's judgment convicting him of one count of first-degree robbery. Ford claims that the circuit court erred in its rulings as to the admission of evidence.

Finding no error, we affirm the circuit court's judgment. Rule 30.25(b).